# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| FRANCISCO SUAREZ, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-65 |
| | * | |
| v. | * | |
| | * | |
| WARDEN EDGE; ERIN CHALFANT; | * | |
| WENDY N. HOWELL, and BRANDOM | * | |
| REYNOLDS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. No party filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Plaintiff's Motion for Emergency Injunction, **DISMISSES** Plaintiff's claims against Defendants Howell, Reynolds, and Edge, and **DENIES as moot** Plaintiff's request for injunctive relief. Plaintiff's retaliation claim against Defendant Chalfant remains pending, but the Court reminds Plaintiff of his obligation to effectuate service of his Complaint upon Defendant Chalfant within 90 days of the June 12, 2019 Order. Id. at 1. Should Plaintiff fail to

do so, the Court will dismiss this action for failure to prosecute.

**SO ORDERED**, this ___20___ day of ___August___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)